# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:05-CR-4 CAS |
| | ) | |
| KENNETH FIELDS, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on defendant Kenneth Fields's Motion for Early Termination of Supervised Release. For the following reasons the motion will be denied.

On July 20, 2005, Mr. Fields was sentenced to 188 months imprisonment and a 48-month term of supervised release on the charges of conspiracy to distribute in excess of 50 grams of methamphetamine, and felon in possession of ammunition, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(viii); and 18 U.S.C. §§ 922(g)(1) and 924(e). On March 29, 2013, the custody sentence was reduced to time served pursuant to Rule 35(b), followed by a three-year term of supervised release. Mr. Fields completed his sentence and has been on supervised release since April 2, 2013. Defendant's supervised release to set to expire on April 1, 2016.

The United States Probation Office opposes the early termination of supervised release. Since being on supervision, Mr. Fields has either tested positive or self-reported for the use of methamphetamine on numerous occasions. Mr. Fields failed to complete the 120 days sober-living placement following his inpatient treatment stay. Mr. Fields is also involved in a relationship with a woman who is under supervision with the State of Missouri for Assault 2nd Degree, and the relationship has resulted in antisocial and unstable behavior. The probation office believes that

additional supervision is necessary to continue to monitor Mr. Fields's overall adjustment to the community.

The Court finds that Mr. Fields does not meet the criteria for early termination of his supervised release, and his motion will be denied.

Accordingly,

**IT IS HEREBY ORDERED** that Kenneth Fields's Motion for Early Termination of Supervised Release is **DENIED**. [Doc. 81]

                                            **CHARLES A. SHAW**
                                            **UNITED STATES DISTRICT JUDGE**

Dated this   26th   day of May, 2015.